# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:

|  |  |  |
|---|---|---|
|  | : | Case No. 15-57809 |
| Richard P. Legg | : |  |
|  | : | Chapter 13 |
|  | : | Judge Caldwell |

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now comes the Debtor, Richard Legg, through counsel, who respectfully notifies the Court that he has moved and that his new address is as follows:

7029 Chadbourne Dr.
Huber Heights Ohio 45424

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**
4876 Cemetery Road
Hilliard, OH 43026
(614) 529-8600
(614) 529-8656
jenobile@ntlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2016 a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and The Chapter 13 Trustee.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**